*Messrs. Breen & Hogevoll,* for Respondent.

---

No. 2,736.—STATE, RESPONDENT, *v.* G. M. JOHNSTON, APPELLANT.

*Appeal from District Court, Deer Lodge County; Geo. B. Winston, Judge.*

On motion to dismiss appeal.

Decided November 22, 1909.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed, in accordance with stipulation of counsel.

*Mr. W. B. Rodgers,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.